UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61493-CIV-SEITZ/O'SULLIVAN

SPHEREFISH HOLDINGS, LTD.,

    Plaintiff,

v.

MUSTON GROUP INTERNATIONAL,
LTD., NAUTI-TECH, INC.; JEAN-LOUIS
MAUROUZEL, individually; and
MAX RAUTENBACH, individually,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff Spherefish Holdings, Ltd.'s Motion to Dismiss Count II of the Defendant Muston Group International's Counterclaim and to Strike Attorney Fee Claim and Demand for Jury Trial with Incorporated Memorandum of Law (DE# 5, 11/3/08). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to the Plaintiff Spherefish Holdings, Ltd.'s Motion to Dismiss Count II of the Defendant Muston

Group International's Counterclaim and to Strike Attorney Fee Claim and Demand for Jury Trial with Incorporated Memorandum of Law (DE# 5, 11/3/08) on or before **February 9, 2009**. The failure to file a response may result in an order granting the Plaintiff Spherefish Holdings, Ltd.'s Motion to Dismiss Count II of the Defendant Muston Group International's Counterclaim and to Strike Attorney Fee Claim and Demand for Jury Trial with Incorporated Memorandum of Law (DE# 5, 11/3/08).

DONE AND ORDERED, in Chambers, in Miami, Florida, this <u>28th</u> day of January, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All counsel of record